UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOY C.,

      Petitioner,

v.

DAVID EASTERWOOD, Field Office Director, Fort Snelling (St. Paul) Field Office, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA JO BONDI, Attorney General,

      Respondents.

Case No. 26-CV-0394 (PJS/DTS)

ORDER

---

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to petitioner's petition for a writ of habeas corpus by no later than January 20, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the habeas petition;

      b.      A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.      If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than January 22, 2026.

4.      Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition.  If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated: January 17, 2026

                                                        Patrick J. Schiltz, Chief Judge
                                                         United States District Court