UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOY C., | Case No. 26-CV-0394 (PJS/DTS) |
| Petitioner, | |
| v. | ORDER |
| DAVID EASTERWOOD, Field Office Director, Fort Snelling (St. Paul) Field Office, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA JO BONDI, Attorney General of the United States, | |
| Respondents. | |

---

Mai Neng Moua, LAW OFFICE, for petitioner.

Ana H. Voss, UNITED STATES ATTORNEY'S OFFICE, for respondents.

This matter is before the Court on petitioner Joy C.'s verified petition for a writ of habeas corpus.[1]  Joy is a citizen of Kenya.  V. Pet. ¶ 1.  In July 2024, Joy lawfully entered the United States after inspection with a non-immigrant F-1 student visa.  V. Pet. ¶¶ 1, 42 & Ex. I (F-1 Visa).  She is currently enrolled in college.  V. Pet. ¶ 1 & Ex. IV (transcript showing enrollment from Spring 2025 through Spring 2026).  On January 15, 2026,

---

[1] Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initial.

Immigration and Customs Enforcement ("ICE") arrested her.  V. Pet. ¶ 2.  There is no pending case for removal against her and she has not been ordered removed.  V. Pet. ¶¶ 4, 47.

On January 17, 2026, the Court ordered respondents to "file an answer to petitioner's petition for a writ of habeas corpus by no later than January 20, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case."  ECF No. 3.  Respondents did not comply and have therefore failed to show cause why the writ should not be granted.  Nor is there any apparent basis for respondents to detain Joy, a lawfully admitted visa holder who is in compliance with the terms of her visa and who is not in removal proceedings.  *Cf.* 8 U.S.C. § 1225(b)(2) (requiring detention of aliens "seeking admission"); 8 U.S.C. § 1226(a) (permitting discretionary detention of aliens "pending a decision on whether the alien is to be removed from the United States"); 8 U.S.C. § 1231(a) (requiring detention for 90 days following an order of removal).  The Court will therefore grant Joy's habeas petition and order respondents to release her.

In the same order requiring respondents to answer the petition, the Court enjoined respondents from removing Joy from Minnesota and further ordered respondents to return her to Minnesota immediately if she had already been removed.  ICE's records indicate that Joy is currently being held in Texas in violation of the

Court's order.[2] The Court will therefore also order that Joy be immediately returned to Minnesota.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. Respondents must immediately return petitioner to Minnesota and unconditionally release her from custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court

---

[2]*See* U.S. Immigration and Customs Enforcement, *Online Detainee Locator System*, https://locator.ice.gov/odls/#/search.