**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Joy Gathoni Chege

Petitioner,

v.

David Easterwood, Todd M. Lyons, Kristi Noem, Pamela Jo Bondi

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00394-PJS-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. Respondents must immediately return petitioner to Minnesota and unconditionally release her from custody.

Date: 1/21/2026

KATE M. FOGARTY, CLERK